IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

<table>
<tr><td>,</td><td>No. C-07-05161 JSW</td></tr>
<tr><td></td><td>NOTICE OF FILING OF BANKRUPTCY</td></tr>
<tr><td>Plaintiff,</td><td>APPEAL AND ORDER SETTING STATUS</td></tr>
<tr><td></td><td>CONFERENCE</td></tr>
<tr><td>v.</td><td></td></tr>
<tr><td>ALEXIS MAGER LAKUSTA,</td><td></td></tr>
<tr><td>Defendant.</td><td></td></tr>
</table>

_____/

RE:
      Bankruptcy Case:
      Adversary No.:
      BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-05161 JSW before the Honorable Jeffrey S. White.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 1/25/2008 in Courtroom 2, 17th floor.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Oct 9, 2007

                                                        For the Court
                                                        Richard W. Wieking, Clerk


                                                        _____
                                                        By: Deputy Clerk

cc: USBC
      Counsel of Record

2