**DuaneMorris®**

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

RON M. OLINER
DIRECT DIAL: 415.957.3104
E-MAIL: *roliner@duanemorris.com*

*www.duanemorris.com*

October 11, 2007

**VIA ECF / U.S. MAIL**

The Honorable Jeffrey S. White
United States District Court Judge
United States District Court
California Northern District (San Francisco)
450 Golden Gate Avenue
San Francisco, CA 94102-3661

Re: Alexis Mager Lakusta v. Charles E. Simms (Case No. 3:07-cv-05161-JSW)

Dear Judge White:

I served as court-appointed counsel to Charles E. Sims (not "Simms"), the duly appointed Trustee in the chapter 7 bankruptcy proceedings of Appellant Alexis Mager Lakusta ("Lakusta Bankruptcy"), previously pending in the Northern District, San Francisco Division. I write you to advise the court of three important facts.

First, the Lakusta Bankruptcy was closed some while ago and I have been discharged as counsel of record to Mr. Sims. Second, Mr. Sims is deceased. Third, while I don't intend to take any action in this regard, I believe Mr. Lakusta is the subject of a vexatious litigant order entered by Judge Thomas Carlson in the Lakusta Bankruptcy.

I cannot glean from the docket in this apparently just filed appeal what exactly is being appealed, why my former client (now deceased) has been named as appellee, or why I have been designated as the "lead attorney" for Appellee Sims.

Please remove me from the court's address list. I thank you for your consideration.

Very truly yours,

*/s/ Ron M. Oliner*

Ron M. Oliner

RMO:aw
cc: Alexis Mager Lakusta
    The Honorable Thomas E. Carlson

DUANE MORRIS LLP