**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

    Debtor

No. C 07-05161 JSW

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above-captioned case is referred to Judge Saundra B. Armstrong to determine whether it is related to *In re Alexis Mager Lakusta*, 06-3431, *In re Alexis Mager Lakusta*, 07-227, and *In re Alexis Mager Makusta*, 07-3431.

**IT IS SO ORDERED.**

Dated: October 15, 2007

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ALEXIS MAGER LAKUSTA et al,

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 15, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Aron Mark Oliner
Duane Morris, LLP
One Market Street, Suite 2000
San Francisco, CA 94105

Dated: October 15, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk