**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

       A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-03431 SBA**     **In re Alexis Mager Lakusta**

**C 07-00227 SBA**     **Lakusta v. US Trustee**

       **I find that the above case is related to the case assigned to me. _____**

**C 07-03085 SBA**     **In re Lakusta**

       **I find that the above case is related to the case assigned to me. _____**

**C 07-05161 JSW**     **Lakusta v. Simms**

       **I find that the above case is related to the case assigned to me. _____**

**ORDER**

       Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____    _____

                Judge Saundra B. Armstrong

Dated:_____  _____

                Judge Saundra B. Armstrong

Dated:_____  _____

                Judge Saundra B. Armstrong

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _1/11/08                                      By: _____
                                                         **Deputy Clerk**

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

,

         **Plaintiff,**

  v.

**ALEXIS MAGER LAKUSTA et al,**

         **Defendant.**
_____/

**Case Number: CV07-05161 JSW**

**CERTIFICATE OF SERVICE**

**I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.**

**That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.**

**USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341**

**Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025**

**Thomas E. Carlson
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104-7341**

**Dated: January 11, 2008**

                                            **Richard W. Wieking, Clerk**
                                            **By: LISA R CLARK, Deputy Clerk**

Copies to:   Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____ (date)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed.  The time for filing an opposition or statement of support has passed.  As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me.  Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

    **C 06-03431 SBA**      **In re Alexis Mager Lakusta**

    **C 07-00227 SBA**      **Lakusta v. US Trustee**

        **I find that the above case is related to the case assigned to me.  _____**

    **C 07-03085 SBA**      **In re Lakusta**

        **I find that the above case is related to the case assigned to me.  _____**

    **C 07-05161 JSW**      **Lakusta v. Simms**

        **I find that the above case is related to the case assigned to me.  _____**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____

Judge Saundra B. Armstrong

Dated:_____    _____
Judge Saundra B. Armstrong

Dated:_____    _____
Judge Saundra B. Armstrong

## CLERK'S NOTICE

     The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                                                                                  Richard W. Wieking, Clerk

**DATED:** _1/11/08                                            **By:** _____
                                                                                            **Deputy Clerk**

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

,

             **Plaintiff,**

  v.

**ALEXIS MAGER LAKUSTA et al,**

             **Defendant.**
_____/

**Case Number: CV07-05161 JSW**

**CERTIFICATE OF SERVICE**

**I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.**

**That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.**

**USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341**

**Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025**

**Thomas E. Carlson
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104-7341**

-4-

**Dated: January 11, 2008**

                                                               **Richard W. Wieking, Clerk**
                                                               **By: LISA R CLARK, Deputy Clerk**

Copies to:   Courtroom Deputies
                 Case Systems Administrators
                 Counsel of Record
Entered into Assignment Program: _____(date)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 06-03431 SBA**     **In re Alexis Mager Lakusta**

**C 07-00227 SBA**     **Lakusta v. US Trustee**

      **I find that the above case is related to the case assigned to me. _____**

**C 07-03085 SBA**     **In re Lakusta**

      **I find that the above case is related to the case assigned to me. _____**

**C 07-05161 JSW**     **Lakusta v. Simms**

      **I find that the above case is related to the case assigned to me. _____**

**ORDER**

      Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and report required by FRCivP 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be re-noticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated:_____    _____

                Judge Saundra B. Armstrong

Dated:_____    _____

                Judge Saundra B. Armstrong

Dated:_____    _____

                Judge Saundra B. Armstrong

## CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: _1/11/08   By: ___*Lisa R. Clark*___
                       **Deputy Clerk**

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

,

          Plaintiff,

  v.

**ALEXIS MAGER LAKUSTA et al,**

          Defendant.
                                   /

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 11, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Thomas E. Carlson
USBC-San Francisco
235 Pine St
P.O. Box 7341
San Francisco, CA 94104-7341

**Dated: January 11, 2008**

                                                     **Richard W. Wieking, Clerk**
                                                     **By: LISA R CLARK, Deputy Clerk**

Copies to:   Courtroom Deputies
                Case Systems Administrators
                Counsel of Record
Entered into Assignment Program: _____ (date)