# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# CIVIL MINUTE ORDER

**JUDGE: JEFFREY S. WHITE**             **COURTROOM DEPUTY**: Jennifer Ottolini

**DATE**: January 25, 2008              **Court Reporter:** Kathy Powell

**CASE NO. C- 07-5161 JSW**

**TITLE:** In Re: Alexis Mager Lakusta

**COUNSEL FOR PLAINTIFF:**              **COUNSEL FOR DEFENDANT:**

Pro Se (Alexis Lakusta)                 No appearance

**PROCEEDINGS:** Status Conference


**RESULTS:**   Mr. Lakusta has until  2-1-08 to perfect the appeal record .