IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:  ALEXIS MAGER LAKUSTA,

    Appellant

No. C 07-05161 JSW

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    On October 9, 2007, this matter was opened as an appeal from a Bankruptcy Court Order.  On January 25, 2008, the Court held a case management conference in this matter.  At that conference, Appellant was ordered to perfect the appeal record by no later than February 1, 2008.  There has been no further activity in this matter and there is no indication that the record has been perfected.

    Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute the appeal.  Appellant's response shall be due by no later than March 14, 2008.  Appellant is hereby advised that failure to file a timely response to this Order shall result in a dismissal, without prejudice, of this action.

    **IT IS SO ORDERED.**

Dated: March 4, 2008

JEFFREY S. WHITE  
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

Appellant
_____/

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Dated: March 4, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk