Alexis Mager Lakusta, pro se
1259 El Camino Real #245
Menlo Park, CA 94025
(650) 566-9971



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Alexis Mager Lakusta,<br><br>Appellant | Case No. C-07-05161 JSW<br><br>**SUPPLEMENT TO REPLY TO ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Appellant Alexis Lakusta files this supplement to his Reply to Order to Show Cause Why Case Should Not Be Dismissed for Failure to Prosecute, filed on March 14, 2008, to inform the court of the status of his efforts to perfect the record.

On Monday, March 17, 2008 Lakusta was informed by the Clerk's Office of the United States Bankruptcy Court that the documents he needs to complete the record on appeal were not electronically filed and that the paper files are in storage at the National Archives in San Bruno. The court provided Lakusta with the National Archives record locator information required to access the files he was looking for. Please see **exhibit 1**.

1   The earliest appointment Lakusta was able to get to review the files was
2   on Thursday, March 20th. Copies of the documents Lakusta requested on
3   Thursday will be available for pick-up on Friday, March 21st. Therefore,
4   Lakusta will not be able to submit the completed record on appeal to the
5   Clerk's Office of the bankruptcy court until Monday, March 24th. Please see
6   **exhibit 2**, Lakusta's receipt from the National Archives for the copies he
7   requested.
8   Lakusta regrets the further delay. He will make every effort to have the
9   record on appeal perfected by Monday, March 24, 2008.

Respectfully submitted,

Dated: March 21, 2008        *Alexis Mager Lakusta*
                             Alexis Mager Lakusta, pro se

National Archives Trust Fund Board  NATF Form 90 (10-2007)            OMB Control No. 3095-0063 Expires 11-30-2008

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
## ORDER FOR COPIES OF
## BANKRUPTCY CASES

**1. LOCATION**
NARA – Pacific Region, San Francisco
Federal Records Center (Attn: TF Copy Service)
1000 Commodore Drive
San Bruno, CA 94066
Fax # (650) 238-3507

**2. AREAS SERVED**
Northern California, Hawaii & Nevada (except Clark County)

**3. SELECT COPY PACKAGE** (select only one)

| Copy Package **Not Certified** | Copy Package **Certified** |
|---|---|
| ☐ Pre-Selected Documents — $25.00<br>☐ Entire Case File — $70.00 (150 pages maximum)<br>☐ Docket Sheet — $25.00 (20 pages maximum) | (Certification for fax copies is not available)<br>☐ Pre-Selected Documents Certified — $40.00<br>☐ Entire Case File Certified — $85.00<br>☐ Docket Sheet — $40.00 |

**4. CASE INFORMATION** (obtain from the court in which the case was filed)

| COURT LOCATION (city & state) | DEBTOR NAME(S) | CASE NUMBER |
|---|---|---|
| San Francisco, CA | Alexis M. Labusta | 02-3125 |

| TRANSFER NUMBER | BOX NUMBER | LOCATION NUMBER |
|---|---|---|
| 35995-36017 | 15 | 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 |

**5. DELIVERY METHOD** (select only one)

☐ Fax - 25 page limit    ☐ Mail    ☐ FedEx (additional $25.00)    ☐ Charge Fed Ex Account -# _____

**6. YOUR DELIVERY INFORMATION**

| MAIL COPIES TO: | FAX COPIES TO: |
|---|---|
| NAME | FAX NUMBER |
| ADDRESS      APT. # / SUITE # | |
| CITY | ATTENTION |
| STATE AND ZIP | |
| DAYTIME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |

**7. YOUR PAYMENT INFORMATION**

| Credit Card | Check or Money Order |
|---|---|
| CARD TYPE<br>☐ VISA   ☐ MasterCard   ☐ American Express   ☐ Discover | Make your check or money order payable to:<br><br>**National Archives Trust Fund (NATF)**<br><br>Mail your request **with payment** to the address shown in **block 1** at the top of this page. |
| ACCOUNT NUMBER      EXPIRATION DATE | |
| NAME ON CARD | |
| SIGNATURE or THREE DIGIT SECURITY CODE (on back of charge card). Order can not be processed if one of these two items is not provided. | |

**NARA USE ONLY**

| SEARCHER | DATE | | PAYMENT: |
|---|---|---|---|
| | | | ☐ Paid |
| REMARKS | ☐ Review – Date: | Time: | Check # _____ |

**exhibit 1**

National Archives Trust Fund Board  NATF Form 90 (10-2007)      OMB Control No. 3095-0063 Expires 11-30-2008

# NATIONAL ARCHIVES AND RECORDS ADMINISTRATION
## ORDER FOR COPIES OF
## BANKRUPTCY CASES

**1. LOCATION**
NARA – Pacific Region, San Francisco
Federal Records Center (Attn: TF Copy Service)
1000 Commodore Drive
San Bruno, CA 94066
Fax # (650) 238-3507

**2. AREAS SERVED**
Northern California, Hawaii & Nevada (except Clark County)

**3. SELECT COPY PACKAGE** (select only one)

*Copy Package Not Certified*
- ☐ Pre-Selected Documents — $25.00
- ☐ Entire Case File — $70.00 (150 pages maximum)
- ☐ Docket Sheet — $25.00 (20 pages maximum)

*Copy Package Certified*
(Certification for fax copies is not available)
- ☐ Pre-Selected Documents Certified — $40.00
- ☐ Entire Case File Certified — $85.00
- ☐ Docket Sheet — $40.00

**4. CASE INFORMATION** (obtain from the court in which the case was filed)

| COURT LOCATION (city & state) | DEBTOR NAME(S) | CASE NUMBER |
|---|---|---|
|  | Old La Honda Properties | 03-32370 |

| TRANSFER NUMBER | BOX NUMBER | LOCATION NUMBER |
|---|---|---|
| 0210 050049 | 171 | 1359178-1359434 |

**5. DELIVERY METHOD** (select only one)
☐ Fax - 25 page limit   ☐ Mail   ☐ FedEx (additional $25.00)   ☐ Charge Fed Ex Account -#_____

**6. YOUR DELIVERY INFORMATION**

| MAIL COPIES TO: | FAX COPIES TO: |
|---|---|
| NAME | FAX NUMBER |
| ADDRESS        APT. # / SUITE # |  |
| CITY | ATTENTION |
| STATE AND ZIP |  |
| DAYTIME TELEPHONE NUMBER | DAYTIME TELEPHONE NUMBER |

**7. YOUR PAYMENT INFORMATION**

*Credit Card*
CARD TYPE
☐ VISA   ☐ MasterCard   ☐ American Express   ☐ Discover
ACCOUNT NUMBER                EXPIRATION DATE
NAME ON CARD
SIGNATURE or THREE DIGIT SECURITY CODE (on back of charge card). Order can not be processed if one of these two items is not provided.

*Check or Money Order*
Make your check or money order payable to:
**National Archives Trust Fund (NATF)**
Mail your request **with payment** to the address shown in **block 1** at the top of this page.

**NARA USE ONLY**

| SEARCHER | DATE | PAYMENT: |
|---|---|---|
|  |  | ☐ Paid |
| REMARKS | ☐ Review – Date:        Time: | Check # _____ |

Thur 9/0 (135978) (1359348)

# REFERENCE REQUEST—FEDERAL RECORDS CENTERS

NOTE: Use a separate form for each request.

## SECTION I—TO BE COMPLETED BY REQUESTING AGENCY

| ACCESSION NO. | AGENCY BOX NUMBER | RECORDS CENTER LOCATION NUMBER |
|---|---|---|
| 21-05-0049 | 171 OF | 332540 |

DESCRIPTION OF RECORD(S) OR INFORMATION REQUESTED

☐ BOX

135978

☐ FOLDER

03-32370

REMARKS:
147 pgs
$132.30
2 files $20.—
total
$152.30

NATURE OF SERVICE
☐ FURNISH COPY C
☐ RECORD(S) ONLY

☐ REVIEW      ☐ OTHER (Specify)

Y RECORDS CENTER
RKS
332370
170
540

☐ RECORDS NOT I
☐ WRONG ACCESSION NUMBER—PLEASE RECHECK
☐ WRONG BOX NUMBER—PLEASE RECHECK
☐ WRONG CENTER LOCATION—PLEASE RECHECK
☐ ADDITIONAL INFORMATION REQUIRED TO IDENTIFY RECORDS REQUESTED
☐ MISSING (Neither record(s), information nor charge card found in container(s) specified)
☐ RECORDS PREVIOUSLY CHARGED OUT TO (Name, agency and date):

After
8:00
3-21-8
10:00 pick up

109 pgs 98.10
Svc. fee 10.—
$108.10

| DATE | SERVICE | TIME REQUIRED | SEARCHER'S INITIALS |
|---|---|---|---|
| MAR 19 2008 | | | |

## SECTION III—TO BE COMPLETED BY REQUESTING AGENCY

| NAME OF REQUESTER | TELEPHONE NO. | ☐ FTS | DATE | RECEIPT OF RECORDS |
|---|---|---|---|---|
| Lakusta | | | | |

NAME AND ADDRESS OF AGENCY (Include street address, building, room no. and ZIP Code)

Lobby

Requester please sign, date and return this form, for file item(s) listed above, ONLY if the block to right has been checked by the Records Center. ☐

SIGNATURE exhibit 2   DATE