United States District Court
For the Northern District of California

1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    IN RE:  ALEXIS MAGER LAKUSTA,

10           Debtor                              No. C 07-05161 JSW

11

12                                              **ORDER DISCHARGING ORDER
                                                TO SHOW CAUSE**

13

14   _____/

15           On January 25, 2008, this Court held a status conference in this Bankruptcy Appeal.  At

16   that conference, Appellant was ordered to perfect the record by no later than February 1, 2008, a

17   date which Appellant requested and which he represented would be sufficient time to perfect

18   the record.

19           Because there had been no further activity in the case, on March 4, 2008, the Court

20   issued an Order to Show Cause Why the Appeal Should Not Be Dismissed for Failure to

21   Prosecute.  Appellant filed a timely response to that Order on March 14, 2008, and

22   supplemented his response on March 21, 2008.

23           Based on Appellant's responses, the Court HEREBY DISCHARGES the Order to Show

24   Cause.  Appellant shall have until April 18, 2008 to perfect the record on appeal.  If Appellant

25   fails to meet this deadline, the Court *shall* dismiss the appeal for failure to prosecute.

26   //

27   //

28

1       It is FURTHER ORDERED that there shall be no further extensions granted to

2  Appellant in this case with respect to any deadlines.  Appellant's failure to comply with any

3  further deadlines set by the Court in this case shall result in dismissal for failure to prosecute.

4      **IT IS SO ORDERED.**

5  Dated: March 24, 2008

6                       JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2

**United States District Court**
For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ALEXIS MAGER LAKUSTA et al,

        Defendant.

_____ /

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Dated: March 24, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk