1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    IN RE:  ALEXIS MAGER LAKUSTA,

10            Debtor                          No. C 07-05161 JSW

11
                                            **ORDER DISMISSING APPEAL
12                                          FOR FAILURE TO PROSECUTE**

13
     _____/
14

15        On January 25, 2008, this Court held a status conference in this Bankruptcy Appeal.  At

16   that conference, Appellant was ordered to perfect the record by no later than February 1, 2008, a

17   date which Appellant requested and which he represented would be sufficient time to perfect

18   the record.  Because there had been no further activity in the case, on March 4, 2008, the Court

19   issued an Order to Show Cause Why the Appeal Should Not Be Dismissed for Failure to

20   Prosecute.  Appellant filed a timely response to that Order on March 14, 2008, and

21   supplemented his response on March 21, 2008.

22        Based on Appellant's responses, the Court discharged the Order to Show Cause, and

23   ordered Appellant to perfect the record on appeal by no later than April 18, 2008.  The Court

24   also advised Appellant that if he failed to meet this deadline, the Court would dismiss the appeal

25   for failure to prosecute.  The Court also ordered that there would be no further extensions

26   granted to Appellant in this case with respect to any deadlines, and that Appellant's failure to

27   comply with any further deadlines set by the Court in this case shall result in dismissal for

28   failure to prosecute.

United States District Court
For the Northern District of California

1    It appears to the Court that Appellant still has not perfected the record in accordance

2  with Federal Rule of Bankruptcy Procedure 8006.  Accordingly, the appeal is HEREBY

3  DISMISSED for failure to prosecute.  A separate judgment shall issue and the Clerk is directed

4  to close the file.

5    **IT IS SO ORDERED.**

6  Dated: June 12, 2008

7                                                                  JEFFREY S. WHITE
                                                                   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2

**United States District Court**

For the Northern District of California

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ALEXIS MAGER LAKUSTA et al,

       Debtor

                                       /

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Dated: June 12, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk