**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: ALEXIS MAGER LAKUSTA,

    Debtor                                                   No. C 07-05161 JSW

**JUDGMENT**

_____/

       Pursuant to the Order issued this date dismissing this matter for failure to prosecute, the Court HEREBY ENTERS JUDGMENT.

       **IT IS SO ORDERED AND ADJUDGED.**

Dated: June 12, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

IN RE:

ALEXIS MAGER LAKUSTA et al,

Debtor
_____/

Case Number: CV07-05161 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alexis Mager Lakusta
1259 El Camino Real #245
Menlo Park, CA 94025

Dated: June 12, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk

2